UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENNIE MARCIAL SUAREZ, Petitioner | : : : |
| v. | : CASE NO. 4:11-CV-349 : : (JUDGE NEALON) |
| COMMONWEALTH OF PENNSYLVANIA, ET AL., Respondents | : : : |

### ORDER

**NOW**, this 25th day of JUNE, 2014, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**;

2. The Clerk of Courts is directed to **CLOSE** this case; and

3. There is no basis for the issuance of a certificate of appealability.

_____
**United States District Judge**